Jan. 24, 2025

To whom it may concern, I'm writing about my time credit. The case number is 1:21-CR-85 and my name is Avery Itez Long and my register number is 32593509 in my plea agreement, paragraph 17 states that I should get credit for time served since Jan. 8, 2020. I got 85 months to serve from sentencing which should put my max out date at Feb. 2027 without 85% or FSA but somehow my out date is showing May 23, 2029. So I'm asking could the court PLEASE correct this error.

Respectively Submitted
Avery Long
Avery Long  32593509

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JAN 29 2025

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

Avery Long 32593-509
Federal Correction Institution
P.O. Box 725
Edgefield, SC 29824

Legal Mail

⇔32593-509⇔
U S Courthouse
75 TED Turner DR SW
Atlanta, GA 30303
United States

ATLANTA GA RPDC 302
27 JAN 2025 PM 6 L

CLEARED DATE
JAN 29 2025
U.S. Marshals Service
Atlanta, GA 30303

CLEARED DATE
JAN 29 2025
U.S. Marshals Service
Atlanta, GA 30303

30303-330999